UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THEODORE O'DELL WILSON,<br><br>            Petitioner,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER,<br>Governor, et al.,<br><br>            Respondents. | No. CV 09-04186-MMM (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 21, 2010

                                              /s/ Margaret M. Morrow
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE